UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OSVALDO ENRIQUE S.S.,                          Case No. 26-CV-2176 (PJS/SGE)

          Petitioner,

v.                                             ORDER

TODD BLANCHE, Acting Attorney General;
MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; DAVID
J. VENTURELLA, Acting Director of
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Acting Director, St.
Paul Field Office Immigration and Customs
Enforcement; and ERIC TOLLEFSON,
Sheriff of Kandiyohi County,

          Respondents.

    Austen P. Zuege, WESTMAN, CHAMPLIN & KOEHLER, P.A., for
petitioner.

    Derek Ganzhorn, UNITED STATES ATTORNEY'S OFFICE, for all
respondents except Eric Tollefson.

    Petitioner Osvaldo S.S., a citizen of Mexico, filed this petition for a writ of habeas

corpus to challenge his civil detention by immigration officials.[1]  This matter is before

the Court on respondents' objection to the July 2, 2026, Report and Recommendation

---

    [1]Pursuant to this District's policy in immigration cases, the Court identifies
petitioner only by first name and last initials.

("R&R") of Magistrate Judge Shannon G. Elkins. Judge Elkins recommends granting Osvaldo's petition in part and ordering his release.

The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court agrees with Judge Elkins's analysis and adopts the R&R. Accordingly, the Court grants Osvaldo's petition in part and orders his release from custody.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court ADOPTS the Report and Recommendation [ECF No. 7] and OVERRULES respondents' objection [ECF No. 9]. IT IS HEREBY ORDERED THAT:

1. Petitioner's petition for a writ of habeas corpus [ECF No. 1] is GRANTED IN PART.

2. Respondents must release petitioner in Dickinson, North Dakota, within 48 hours of entry of this order.

3. Respondents are ORDERED to file a status report within 72 hours of entry of this order confirming petitioner's release.

4. The remainder of petitioner's petition [ECF No. 1] is DENIED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 20, 2026                    /s/ Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge